# EXHIBIT A

Rexton Gordon PA termination

**SCHEDULE A**

| WORK TITLE | ALBUM TITLE | ORIGINAL COPYRIGHT REGISTRATION NUMBER | DATE OF PUBLICATION UNDER THE GRANT | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|
| A Nuh Me Seh So | Holding On | | 1990 | 12/31/2025 |
| Action Packed | Rappin w/the Ladies | | 1990 | 12/31/2025 |
| Are You Sure | Best Baby Father | | 1991 | 12/31/2026 |
| Back and Belly Rat | Just Reality | | 1990 | 12/31/25 |
| Bad and Wicked | Rough & Ready Vol. I | PA0001004891 | 7/14/1992 | 7/16/2027 |
| Be Careful | Rough & Rugged | | 1988 | 10/10/2025 |
| Best Baby Father | Best Baby Father | | 1991 | 12/31/2026 |
| Best Grandfather | Love Punany Bad | | 1993 | 12/31/2028 |
| Bet Buss | Best Baby Father | | 1991 | 12/31/2026 |
| Born As a Don | Best Baby Father | | 1991 | 12/31/2026 |
| Build Bridges Instead | Golden Touch | | 1990 | 12/31/2025 |
| Ca'an Dun | Rough & Ready Vol. I | PA0001004892 | 7/14/1992 | 7/16/2027 |
| Can't Be Good Be Careful | Rough & Rugged | | 1988 | 10/10/2025 |
| Can't Drop Off A Shape | Best Baby Father | | 1991 | 12/31/2026 |
| Cool It Off | Rough & Rugged | | 1988 | 10/10/2025 |
| Crab-Louse A Go Round | Just Reality | | 1990 | 12/31/25 |
| Deh Pon Mi Mind | Mr. Maximum | | 3/12/1992 | 3/14/2027 |
| Dem A Do It Too | Just Reality | | 1990 | 12/31/25 |
| Dem Bow | . | PA0002281747 | 4/13/1990 | 10/10/2025 |
| Digit It | Golden Touch | | 1990 | 12/31/2025 |
| Don't Test | Rappin w/ the Ladies | | 1990 | 12/31/2025 |
| Fanciness | Mr. Maximum | | 3/12/1992 | 3/14/2027 |
| Fancy Girl | Mr. Maximum | | 3/12/1992 | 3/14/2027 |
| Fresh | Jammy's Record | | 1987 | 10/10/2025 |
| Gal Yuh Good | Rough & Ready Vol. I | | 7/14/1992 | 7/16/2027 |
| Get Up Stand Up and Rock | Rough & Ready Vol. II | | 10/26/1993 | 10/28/2028 |
| Girls Whine | Rough & Ready Vol. II | | 10/26/1993 | 10/28/2028 |
| Golden Touch | Golden Touch | | 1990 | 12/31/2025 |
| Hafi Kill Me Dead | Golden Touch | | 1990 | 12/31/2025 |
| Halla Fi Buddy | | | 1987 | 10/1/25 |
| Hard and Stiff | Rough & Ready Vol. I | | 7/14/1992 | 7/16/2027 |
| Hardcore Loving | Rappin w/ the Ladies | | 1990 | 12/31/2025 |
| Holding On | Mr. Maximum | | 3/12/1992 | 3/14/2027 |
| Hot Like Fire | Best Baby Father | | 1991 | 12/31/2026 |
| House Husband | Golden Touch | | 1990 | 12/31/2025 |

35

Rexton Gordon PA termination

| Schedule A (continued) | | | | |
|---|---|---|---|---|
| Just Reality | Rough & Ready Vol. I | | 7/14/1992 | 7/16/2027 |
| Kill Mi Dead | Golden Touch | | 1990 | 12/31/2025 |
| Live Blanket | Just Reality | | 1990 | 12/31/25 |
| Live Blanket (Remix) | Just Reality | | 1990 | 12/31/25 |
| Long Distance | Rough & Ready Vol. II | | 10/26/1993 | 10/28/2028 |
| Looking for Some Action | Rappin w/ the Ladies | | 1990 | 12/31/2025 |
| Lovable | Holding On | | 1989 | 10/10/2025 |
| Love Punaany Bad | | PA0000782896 | 1/1/1986 | 10/10/2025 |
| Love Up Your Woman | Golden Touch | | 1990 | 12/31/2025 |
| Man Pon Consignment | | | 1990 | 12/31/2025 |
| Mandella free | Just Reality | | 1990 | 12/31/25 |
| Mauma Man | Best Baby Father | | 1991 | 12/31/2026 |
| Mi Nuh Romp with It | Golden Touch | | 1990 | 12/31/2025 |
| Mr. Loverman | Rough & Ready Vol. I | | 7/14/1992 | 7/16/2027 |
| Must Love Reggae | Love Punany Bad | | 1993 | 12/31/2028 |
| Never Hungry Yet | Best Baby Father | | 1991 | 12/31/2026 |
| Original Fresh | Shabba Ranks | | 1988 | 10/10/2025 |
| Pay Down Pon It | Rough & Ready Vol. II | | 10/26/1993 | 10/28/2028 |
| Peeny Peeny | Best Baby Father | | 1991 | 12/31/2026 |
| Pirates Anthem | | PA0000937898 | 2/1/1998 | 2/2/2033 |
| Private Property | Golden Touch | | 1990 | 12/31/2025 |
| Raggamuffin | Rough & Ready Vol. I | | 7/14/1992 | 7/16/2027 |
| Roots and Culture | Rough & Ready Vol. II | | 10/26/1993 | 10/28/2028 |
| Stop Spreading Rumours | Mr. Maximum | | 3/12/1992 | 3/14/2027 |
| Telephone Love Deh Pon Mi Mind | | PA0000937897 | 2/1/1998 | 2/2/2033 |
| The Jam | Rough & Ready Vol. II | | 10/26/1993 | 10/28/2028 |
| The Rammer | Just Reality | | 1990 | 12/31/25 |
| Turn It Down | Mr. Maximum | | 3/12/1992 | 3/14/2027 |
| V.I.P. | Best Baby Father | | 1991 | 12/31/2026 |
| Wey Yuh Get It From | Just Reality | | 1990 | 12/31/25 |
| What a Nite | Best Baby Father | | 1991 | 12/31/2026 |
| What Can You Do | Best Baby Father | | 1991 | 12/31/2026 |
| What You Gonna Do | As Raw As Ever | | 1991 | 12/31/2026 |
| Wicked In Bed | | PA0000782897 | 1/1/1989 | 10/10/2025 |
| Woman Mi Run Down | Best Baby Father | | 1991 | 12/31/2026 |
| Wood Top | | PA0001004893 | 7/14/1992 | 7/16/2027 |

Rexton Gordon PA termination

**Schedule A (continued)**

| WORK TITLE | ALBUM TITLE | ORIGINAL COPYRIGHT REGISTRATION NO. | DATE OF PUBLICATION | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|
| 5-F Man | X-tra Naked | PA00001004881 | 9/29/1992 | 9/30/2027 |
| A mi di girls dem love | As Raw as Ever | PA0000825707 | 5/21/1991 | 5/31/2026 |
| Ambi get scarce | As Raw as Ever | PA0001004983 | 5/21/1991 | 5/31/2026 |
| Another one program | X-tra Naked | PA0001004878 | 9/29/1992 | 9/30/2027 |
| Bedroom Bully | X-tra Naked | PA0001004887 | 9/29/1992 | 9/30/2027 |
| Cocky rim | X-tra Naked | PA0001004886 | 9/29/1992 | 9/30/2027 |
| Don't follow rumours | Reggae Gold | PA0000956629 | 1/1/1998 | 9/30/2027 |
| Fist-a-ris | As Raw as Ever | PA0001004982 | 5/21/1991 | 5/24/2026 |
| Gal nuh ready | A mi Shabba | PA0000943430 | 6/13/1995 | 6/15/2030 |
| Gun pon me | As Raw as Ever | PA0001004977 | 5/21/1991 | 5/24/2026 |
| High seat | A mi Shabba | PA0000943429 | 6/13/1995 | 6/15/2030 |
| Housecall | As Raw as Ever | PA0001004979 | 5/21/1991 | 5/24/2026 |
| Housecall | Best of me | PA0000617870 | 11/12/1991 | 11/14/2026 |
| Housecall | As Raw as Ever | PA0000825702 | 5/21/1991 | 5/24/2026 |
| I was a king | Love's alright | PA0000669998 | 2/23/1993 | 2/25/2028 |
| Ice cream love | A mi Shabba | PA0000943428 | 6/13/1995 | 6/15/2030 |
| Ice cream love | A mi Shabba | PA0001065042 | 6/13/1995 | 6/15/2030 |
| A mi di girls dem love | As Raw as Ever | PA0001004981 | 5/21/1991 | 5/24/2026 |
| Muscle grip | X-tra Naked | PA0001004884 | 9/29/1992 | 9/30/2027 |
| Original woman | A Mi Shabba | PA0000969867 | 7/1/1995 | 7/5/2030 |
| Park yu benz | As Raw as Ever | PA0001004984 | 5/21/1991 | 5/24/2026 |
| Ram dancehall | A mi Shabba | PA0000943425 | 6/13/1995 | 6/15/2030 |
| Ready-ready, goody-goody | X-tra Naked | PA0001004879 | 9/29/1992 | 9/30/2027 |
| Rough life | A mi Shabba | PA0000787645 | 6/1/1995 | 6/15/2030 |
| Rude Boy | X-tra Naked | PA0001004885 | 9/29/1992 | 9/30/2027 |
| Shine yu gun | Strictly Dancehall | PA0000705798 | 9/28/1993 | 10/1/2028 |
| Slow and sexy [3 versions] | X-tra Naked | PA0000986712 | 9/29/1992 | 9/30/2027 |
| Slow and sexy [5 versions] | | PA0000588260, PA0000624641 | 9/29/1992 | 9/30/2027 |
| Spoil me appetite | A mi Shabba | PA0000943426 | 6/13/1995 | 6/15/2030 |
| Ting-a-ling | X-tra Naked | PA0001004882 | 9/29/1992 | 9/30/2027 |
| Two breddrens | X-tra Naked | PA0001004880 | 9/29/1992 | 9/30/2027 |
| Well done | A mi Shabba | PA0000809223 | 3/14/1995 | 3/16/2030 |
| Where does slackness come from? | As Raw as Ever | PA0001004975 | 5/21/1991 | 5/24/2026 |
| Will power | X-tra Naked | PA0001004883 | 9/29/1992 | 9/30/2027 |
| Woman tangle | As Raw as Ever | PA0001004976 | 5/21/1991 | 5/24/2026 |
| I was a king | | PAu001663678 | 1991 | 12/31/2026 |
| Dem Bow | | PA0002264496 | 4/13/1990 | 10/10/2025 |

Rexton Gordon PA termination

**Schedule A (continued)**

| WORK TITLE | ALBUM TITLE | ORIGINAL COPYRIGHT REGISTRATION NO. | DATE OF PUBLICATION | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|
| Trailor Load a Girls | As Raw as Ever | | 5/21/1991 | 5/24/2026 |
| Gone Up | As Raw as Ever | | 5/21/1991 | 5/24/2026 |
| Flesh Axe | As Raw as Ever | | 5/21/1991 | 5/24/2026 |
| The Jam | As Raw as Ever | | 5/21/1991 | 5/24/2026 |
| What'cha Gonna Do | X-tra Naked | | 9/29/1992 | 9/30/2027 |
| Shine eye Girl | A Mi Shabba | | 06/13/1995 | 6/15/2030 |
| Fattie Fattie | A Mi Shabba | | 06/13/1995 | 6/15/2030 |
| Lets Get it On | A Mi Shabba | | 06/13/1995 | 6/15/2030 |
| Medal & Certificate | A Mi Shabba | | 06/13/1995 | 6/15/2030 |

9

Rexton Gordon PA termination

## SCHEDULE A

| WORK TITLE | ALBUM TITLE | ORIGINAL COPYRIGHT REGISTRATION NUMBER | DATE OF PUBLICATION UNDER THE GRANT | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|
| A Nuh Me Seh So | Holding On | | 1990 | 12/31/2025 |
| Action Packed | Rappin w/the Ladies | | 1990 | 12/31/2025 |
| Are You Sure | Best Baby Father | | 1991 | 12/31/2026 |
| Back and Belly Rat | Just Reality | | 1990 | 12/31/25 |
| Bad and Wicked | Rough & Ready Vol. I | PA0001004891 | 7/14/1992 | 7/16/2027 |
| Be Careful | Rough & Rugged | | 1988 | 10/10/2025 |
| Best Baby Father | Best Baby Father | | 1991 | 12/31/2026 |
| Best Grandfather | Love Punany Bad | | 1993 | 12/31/2028 |
| Bet Buss | Best Baby Father | | 1991 | 12/31/2026 |
| Born As a Don | Best Baby Father | | 1991 | 12/31/2026 |
| Build Bridges Instead | Golden Touch | | 1990 | 12/31/2025 |
| Ca'an Dun | Rough & Ready Vol. I | PA0001004892 | 7/14/1992 | 7/16/2027 |
| Can't Be Good Be Careful | Rough & Rugged | | 1988 | 10/10/2025 |
| Can't Drop Off A Shape | Best Baby Father | | 1991 | 12/31/2026 |
| Cool It Off | Rough & Rugged | | 1988 | 10/10/2025 |
| Crab-Louse A Go Round | Just Reality | | 1990 | 12/31/25 |
| Deh Pon Mi Mind | Mr. Maximum | | 3/12/1992 | 3/14/2027 |
| Dem A Do It Too | Just Reality | | 1990 | 12/31/25 |
| Dem Bow | | PA0002281747 | 4/13/1990 | 10/10/2025 |
| Digit It | Golden Touch | | 1990 | 12/31/2025 |
| Don't Test | Rappin w/ the Ladies | | 1990 | 12/31/2025 |
| Fanciness | Mr. Maximum | | 3/12/1992 | 3/14/2027 |
| Fancy Girl | Mr. Maximum | | 3/12/1992 | 3/14/2027 |
| Fresh | Jammy's Record | | 1987 | 10/10/2025 |
| Gal Yuh Good | Rough & Ready Vol. I | | 7/14/1992 | 7/16/2027 |
| Get Up Stand Up and Rock | Rough & Ready Vol. II | | 10/26/1993 | 10/28/2028 |
| Girls Whine | Rough & Ready Vol. II | | 10/26/1993 | 10/28/2028 |
| Golden Touch | Golden Touch | | 1990 | 12/31/2025 |
| Hafi Kill Me Dead | Golden Touch | | 1990 | 12/31/2025 |
| Halla Fi Buddy | | | 1987 | 10/1/25 |
| Hard and Stiff | Rough & Ready Vol. I | | 7/14/1992 | 7/16/2027 |
| Hardcore Loving | Rappin w/ the Ladies | | 1990 | 12/31/2025 |
| Holding On | Mr. Maximum | | 3/12/1992 | 3/14/2027 |
| Hot Like Fire | Best Baby Father | | 1991 | 12/31/2026 |
| House Husband | Golden Touch | | 1990 | 12/31/2025 |

Rexton Gordon PA termination

| Schedule A (continued) | | | | |
|---|---|---|---|---|
| Just Reality | Rough & Ready Vol. I | | 7/14/1992 | 7/16/2027 |
| Kill Mi Dead | Golden Touch | | 1990 | 12/31/2025 |
| Live Blanket | Just Reality | | 1990 | 12/31/25 |
| Live Blanket (Remix) | Just Reality | | 1990 | 12/31/25 |
| Long Distance | Rough & Ready Vol. II | | 10/26/1993 | 10/28/2028 |
| Looking for Some Action | Rappin w/ the Ladies | | 1990 | 12/31/2025 |
| Lovable | Holding On | | 1989 | 10/10/2025 |
| Love Punaany Bad | | PA0000782896 | 1/1/1986 | 10/10/2025 |
| Love Up Your Woman | Golden Touch | | 1990 | 12/31/2025 |
| Man Pon Consignment | | | 1990 | 12/31/2025 |
| Mandella free | Just Reality | | 1990 | 12/31/25 |
| Mauma Man | Best Baby Father | | 1991 | 12/31/2026 |
| Mi Nuh Romp with It | Golden Touch | | 1990 | 12/31/2025 |
| Mr. Loverman | Rough & Ready Vol. I | | 7/14/1992 | 7/16/2027 |
| Must Love Reggae | Love Punany Bad | | 1993 | 12/31/2028 |
| Never Hungry Yet | Best Baby Father | | 1991 | 12/31/2026 |
| Original Fresh | Shabba Ranks | | 1988 | 10/10/2025 |
| Pay Down Pon It | Rough & Ready Vol. II | | 10/26/1993 | 10/28/2028 |
| Peeny Peeny | Best Baby Father | | 1991 | 12/31/2026 |
| Pirates Anthem | | PA0000937898 | 2/1/1998 | 2/2/2033 |
| Private Property | Golden Touch | | 1990 | 12/31/2025 |
| Raggamuffin | Rough & Ready Vol. I | | 7/14/1992 | 7/16/2027 |
| Roots and Culture | Rough & Ready Vol. II | | 10/26/1993 | 10/28/2028 |
| Stop Spreading Rumours | Mr. Maximum | | 3/12/1992 | 3/14/2027 |
| Telephone Love Deh Pon Mi Mind | | PA0000937897 | 2/1/1998 | 2/2/2033 |
| The Jam | Rough & Ready Vol. II | | 10/26/1993 | 10/28/2028 |
| The Rammer | Just Reality | | 1990 | 12/31/25 |
| Turn It Down | Mr. Maximum | | 3/12/1992 | 3/14/2027 |
| V.I.P. | Best Baby Father | | 1991 | 12/31/2026 |
| Wey Yuh Get It From | Just Reality | | 1990 | 12/31/25 |
| What a Nite | Best Baby Father | | 1991 | 12/31/2026 |
| What Can You Do | Best Baby Father | | 1991 | 12/31/2026 |
| What You Gonna Do | As Raw As Ever | | 1991 | 12/31/2026 |
| Wicked In Bed | | PA0000782897 | 1/1/1989 | 10/10/2025 |
| Woman Mi Run Down | Best Baby Father | | 1991 | 12/31/2026 |
| Wood Top | | PA0001004893 | 7/14/1992 | 7/16/2027 |

Rexton Gordon PA termination

**Schedule A (continued)**

| WORK TITLE | ALBUM TITLE | ORIGINAL COPYRIGHT REGISTRATION NO. | DATE OF PUBLICATION | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|
| 5-F Man | X-tra Naked | PA00001004881 | 9/29/1992 | 9/30/2027 |
| A mi di girls dem love | As Raw as Ever | PA0000825707 | 5/21/1991 | 5/31/2026 |
| Ambi get scarce | As Raw as Ever | PA0001004983 | 5/21/1991 | 5/31/2026 |
| Another one program | X-tra Naked | PA0001004878 | 9/29/1992 | 9/30/2027 |
| Bedroom Bully | X-tra Naked | PA0001004887 | 9/29/1992 | 9/30/2027 |
| Cocky rim | X-tra Naked | PA0001004886 | 9/29/1992 | 9/30/2027 |
| Don't follow rumours | Reggae Gold | PA0000956629 | 1/1/1998 | 9/30/2027 |
| Fist-a-ris | As Raw as Ever | PA0001004982 | 5/21/1991 | 5/24/2026 |
| Gal nuh ready | A mi Shabba | PA0000943430 | 6/13/1995 | 6/15/2030 |
| Gun pon me | As Raw as Ever | PA0001004977 | 5/21/1991 | 5/24/2026 |
| High seat | A mi Shabba | PA0000943429 | 6/13/1995 | 6/15/2030 |
| Housecall | As Raw as Ever | PA0001004979 | 5/21/1991 | 5/24/2026 |
| Housecall | Best of me | PA0000617870 | 11/12/1991 | 11/14/2026 |
| Housecall | As Raw as Ever | PA0000825702 | 5/21/1991 | 5/24/2026 |
| I was a king | Love's alright | PA0000669998 | 2/23/1993 | 2/25/2028 |
| Ice cream love | A mi Shabba | PA0000943428 | 6/13/1995 | 6/15/2030 |
| Ice cream love | A mi Shabba | PA0001065042 | 6/13/1995 | 6/15/2030 |
| A mi di girls dem love | As Raw as Ever | PA0001004981 | 5/21/1991 | 5/24/2026 |
| Muscle grip | X-tra Naked | PA0001004884 | 9/29/1992 | 9/30/2027 |
| Original woman | A Mi Shabba | PA0000969867 | 7/1/1995 | 7/5/2030 |
| Park yu benz | As Raw as Ever | PA0001004984 | 5/21/1991 | 5/24/2026 |
| Ram dancehall | A mi Shabba | PA0000943425 | 6/13/1995 | 6/15/2030 |
| Ready-ready, goody-goody | X-tra Naked | PA0001004879 | 9/29/1992 | 9/30/2027 |
| Rough life | A mi Shabba | PA0000787645 | 6/1/1995 | 6/15/2030 |
| Rude Boy | X-tra Naked | PA0001004885 | 9/29/1992 | 9/30/2027 |
| Shine yu gun | Strictly Dancehall | PA0000705798 | 9/28/1993 | 10/1/2028 |
| Slow and sexy [3 versions] | X-tra Naked | PA0000986712 | 9/29/1992 | 9/30/2027 |
| Slow and sexy [5 versions] | | PA0000588260, PA0000624641 | 9/29/1992 | 9/30/2027 |
| Spoil me appetite | A mi Shabba | PA0000943426 | 6/13/1995 | 6/15/2030 |
| Ting-a-ling | X-tra Naked | PA0001004882 | 9/29/1992 | 9/30/2027 |
| Two breddrens | X-tra Naked | PA0001004880 | 9/29/1992 | 9/30/2027 |
| Well done | A mi Shabba | PA0000809223 | 3/14/1995 | 3/16/2030 |
| Where does slackness come from? | As Raw as Ever | PA0001004975 | 5/21/1991 | 5/24/2026 |
| Will power | X-tra Naked | PA0001004883 | 9/29/1992 | 9/30/2027 |
| Woman tangle | As Raw as Ever | PA0001004976 | 5/21/1991 | 5/24/2026 |
| I was a king | | PAu001663678 | 1991 | 12/31/2026 |
| Dem Bow | | PA0002264496 | 4/13/1990 | 10/10/2025 |

Rexton Gordon PA termination

**Schedule A (continued)**

| WORK TITLE | ALBUM TITLE | ORIGINAL COPYRIGHT REGISTRATION NO. | DATE OF PUBLICATION | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|
| Trailor Load a Girls | As Raw as Ever | | 5/21/1991 | 5/24/2026 |
| Gone Up | As Raw as Ever | | 5/21/1991 | 5/24/2026 |
| Flesh Axe | As Raw as Ever | | 5/21/1991 | 5/24/2026 |
| The Jam | As Raw as Ever | | 5/21/1991 | 5/24/2026 |
| What'cha Gonna Do | X-tra Naked | | 9/29/1992 | 9/30/2027 |
| Shine eye Girl | A Mi Shabba | | 06/13/1995 | 6/15/2030 |
| Fattie Fattie | A Mi Shabba | | 06/13/1995 | 6/15/2030 |
| Lets Get it On | A Mi Shabba | | 06/13/1995 | 6/15/2030 |
| Medal & Certificate | A Mi Shabba | | 06/13/1995 | 6/15/2030 |