# EXHIBIT D

Fox Rothschild

101 Park Avenue, 17th Floor
New York, NY 10178
212.878.7900 212.692.0940
www.foxrothschild.com

ALEX THREADGOLD, ESQ.
DIRECT DIAL: (212) 878-7948
Email: AThreadgold@FoxRothschild.com

November 11, 2025

Reitler Kailas & Rosenblatt LLP
885 Third Ave, 20th Floor
New York, New York 10022
Attn: Robert Clarida
rclarida@reitlerlaw.com

**Re: Rexton Gordon Purported Notice of Termination under 17 U.S.C. § 203**

Dear Mr. Clarida,

We represent Greensleeves Publishing, Ltd. ("Greensleeves"), the successor-in-interest to Dubplate Music Publishers Limited ("Dubplate"). We are in receipt of the notice of termination of transfer pursuant to 17 U.S.C. § 203 (the "Notice of Termination") served on Dubplate by you on behalf of your client Rexton Gordon p/k/a Shabba Ranks ("Gordon"), which purports to terminate the grant of copyrights from Gordon to Dubplate pursuant to an Exclusive Songwriter Term Contract dated September 1, 1989 (the "1989 Grant").

Be advised that the Notice of Termination is invalid.

The 1989 Grant specifically provides that "[Gordon] confirms that each of said compositions or parts thereof shall be considered works made for hire". The rights established under 17 U.S.C. § 203 apply only "in the case of any work *other than a work made for hire*" (emphasis added). The 1989 Grant therefore cannot be terminated pursuant to 17 U.S.C. § 203.

Greensleeves has advised us that, notwithstanding the fact that the Notice of Termination is invalid, Gordon has begun to attempt to reclaim the U.S. copyrights in and to the works listed on Schedule A to the Notice of Termination (the "Works"). Greensleeves objects to Gordon's actions and will take all action to enforce its rights. Even assuming *arguendo* that the Notice of Termination were valid, which Greensleeves expressly rejects, Gordon has no basis to claim U.S.

Fox Rothschild



reverting rights in Works for which the effective date of termination set forth on Schedule A to the Notice of Termination has not yet occurred.

Accordingly, Gordon is hereby advised that any and all claims he has made in and to the Works are baseless and, on behalf of Greensleeves, we hereby demand that any and all such claims are rescinded immediately.

This letter shall not be construed as a complete statement of all relevant facts or arguments, nor shall it constitute a waiver of any of Greensleeves' rights or remedies in connection with the subject matter hereof, all of which remain reserved.

Regards,

Alex Threadgold, Esq.

cc: Jessica Weiner
John McQueeney