# EXHIBIT E

Fox Rothschild

101 Park Avenue, 17th Floor
New York, NY 10178
212.878.7900 212.692.0940
www.foxrothschild.com

ALEX THREADGOLD, ESQ.
DIRECT DIAL: (212) 878-7948
Email: AThreadgold@FoxRothschild.com

January 14, 2026

Reitler Kailas & Rosenblatt LLP
885 Third Ave, 20th Floor
New York, New York 10022
Attn: Robert Clarida, Esq.
rclarida@reitlerlaw.com

**Re: Rexton Gordon Claims and Breaches**

Dear Mr. Clarida,

Reference is made to the letter dated November 11, 2025 sent to you by our office on behalf of our client Greensleeves Publishing, Ltd., the successor-in-interest to Dubplate Music Publishers Limited (the "November 2025 Letter"). Capitalized terms used but not defined herein have the meaning ascribed to such terms in the November 2025 Letter.

We reiterate all of the arguments set forth in the November 2025 Letter with respect to the invalidity of the Notice of Termination and Greensleeves' demand that Gordon immediately and expressly rescind any and all claims in and to the Works.

We have been advised by Greensleeves that, notwithstanding the invalidity of the Notice of Termination and Greensleeves' demands set forth in the November 2025 Letter, Gordon and/or his affiliate Shamichshasha Publishing ("SP") have continued to make claims to the American Society of Composers, Authors and Publishers ("ASCAP"), the Mechanical Licensing Collective ("MLC"), and the Harry Fox Agency ("HFA") that Gordon and/or SP owns copyright interests in and to certain of the Works, including without limitation the Works set forth on Schedule 1 annexed hereto (the "SP Claimed Works").

You are hereby advised that the service of the Notice of Termination itself as well as any claims made by Gordon and/or SP in and to any of the Works (including the claims currently made by SP with respect to the SP Claimed Works) each constitute breaches of Section 2 of the 1989

Fox Rothschild



Grant, which provides that Greensleeves (as successor-in-interest to Dubplate) shall have "the exclusive right to secure copyright [in the Works] throughout the entire world, and to have and hold the said copyrights…for and during the full terms of all of said copyrights," and Section 3 of the 1989 Grant, which provides that Gordon will not "cause any [adverse] claim to arise in relation to future compositions which are to be relevant to [the 1989 Grant]". Even assuming *arguendo* that the Notice of Termination were valid, which Greensleeves expressly rejects, the foregoing would still constitute breaches of the 1989 Grant. See Gloucester Place Music Limited v Simon Le Bon & Others [2016] EWHC 3091 (Ch).

Accordingly, Gordon is hereby advised that until such time as Gordon cures any and all of his breaches of the 1989 Grant, including without limitation by withdrawing the Notice of Termination and causing SP to withdraw any and all claims in and to the Works, including without limitation the SP Claimed Works, Greensleeves will withhold any and all royalties payable to Gordon with respect to the Works under the 1989 Grant in accordance with the provisions thereof (including without limitation Section 13(a) thereof, which provides in relevant part that Greensleeves "shall hold any moneys coming due [Gordon] in escrow pending the outcome of such claim or claims").

This letter shall not be construed as a complete statement of all relevant facts or arguments, nor shall it constitute a waiver of any of Greensleeves' rights or remedies in connection with the subject matter hereof, all of which remain reserved.

Best regards,

Alex Threadgold, Esq.

AJT/ zb

cc: Jessica Weiner, Esq.
John McQueeney, Esq.

Fox Rothschild



Schedule 1

| Title | ASCAP | HFA/MLC |
|---|---|---|
| Best Baby Father | 921254804 | |
| Dem A Bawl | 341000375 | D5111V |
| Dem Bow | 340369453 | |
| Digit It | | D22369 |
| Don't Test | | DVCU7C |
| Fresh From Yard | 360553699 | F0647X |
| Gal Yuh Good | 370381847 | |
| Golden Touch | | G4898Z |
| Halla Fi Buddy | | H4159R |
| Hard And Stiff | 380355455 | |
| Heart Of A Lion | 893397950 | |
| HOLDING ON | | HVBAL9 |
| HOUSE CALL | | H00769 |
| I RIZE | 393844812 | |
| JUST REALITY | 400183986 | |
| PARK YU BENZ | | P4737X |
| Peeny Peeny | | P05401 |
| TWICE MY AGE | | T77453 |
| V.I.P. | | V21463 |
| WHAT YOU GONNA DO | 530400503<br>931440570 | |
| WOMAN DEH PON MI MIND | | W1911T |